# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>C&L International Trading Inc., et al.<br>-against-<br>American Tibetan Health Institute Inc. et al | **DISTRICT**<br>S.D.N.Y. | **DOCKET NUMBER**<br>14-4748-cv |
| | **JUDGE**<br>Hon. Louis L. Stanton | **APPELLANT**<br>(Ms.) Kam NG |
| | **COURT REPORTER**<br>Southern District Court Reporters | **COUNSEL FOR APPELLANT**<br>Mitchell M. Wong |

**Check the applicable provision:**

[ ] I am ordering a transcript.

[ ] I am not ordering a transcript

**Reason for not ordering a transcript:**

[✔] Copy is already available

[ ] No transcribed proceedings

[ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**  [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

[ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

[ ] PREPARE TRANSCRIPT OF TRIAL

[ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

[ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE<br>/S/ Mitchell M. Wong | DATE<br>January 12, 2015 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |