# Ashmasons LLP

FORTY WALL STREET, FLOOR 28
NEW YORK, NEW YORK 10005
MAIN: (212) 871-5530
FAX: (212) 202-4765
www.ashmasons.com

**Mitchell M. Wong**
mitchell.wong@ashmasons.com

Direct Dial:
(212) 671-1068

February 10, 2015

**BY ECF:**

Mr. Amit Singh
Case Manager
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    *C & L International Trading Inc.* et al *v. American Tibetian Health Institute, Inc.*, et al., No. 14- 4748-cv (2d Cir.)

Dear Mr. Singh:

    On behalf of the Appellants, I write in connection with the caption for this cause.

    I understand from our conversation on Wednesday, February 4, that this appeal can only be styled based on the original district-court PACER caption for either 13-CV-2638 or 13-CV-2763, and that this appeal cannot be styled using the caption that appears on the district court's Amended Opinion and Injunction dated December 3, 2014 ("Amended Injunction"), which is the order that gave rise to this appeal.

    Given these two options, the Appellants respectfully elect to base the caption for this appeal on the district court caption from **13-CV-2763**. The 13-CV-2763 district-court caption ensures that the name of Appellee ATHI will appear in the appellate caption. Additionally, because the Amended Injunction granted relief sought under 13-CV-2763 (in which Appellee ATHI was a Plaintiff), the caption more accurately portrays the alignment of the parties below in connection with the Amended Injunction than the original 13-CV-2638 caption (which originally did not include Appellee ATHI at all).

# Ashmasons LLP

Mr. Amit Singh
February 10, 2015
Page 2 of 2

      A copy of the caption on the original complaint in 13-CV-2763 is attached for your reference.

      On Friday morning, February 6, 2015, I wrote to confer with the Appellee's counsel on this matter. However, I have received no response, and hereby submit the Appellants' election as to the caption preference.

      We thank the Court for its assistance on this matter.

Respectfully,

Mitchell M. Wong



JUDGE BAER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TIBETAN HEALTH INSTITUTE, INC., a California corporation, 100 Old County Road Suite 102A Brisbane, California 94005<br><br>Plaintiff,<br><br>v.<br><br>KAM NG, an individual residing in New York, 84 Hester Street, New York, New York 10002<br><br>C&L INTERNATIONAL TRADING INC., a New York corporation, 84 Hester Street New York, New York 10002<br><br>KANG LI TRADING INC., a New York corporation, 84 Hester Street New York, New York 10002<br><br>K&C INTERNATIONAL TRADING INC., a New York corporation, 84 Hester Street New York, New York 10002<br><br>Defendants. | Case No.: 13 CIV 2763 HB ECF CASE<br><br>COMPLAINT FOR DAMAGES, INJUNCTIVE, DECLARATORY, AND OTHER RELIEF<br><br>DEMAND FOR JURY TRIAL<br><br> |

Plaintiff American Tibetan Health Institute, Inc. ("Plaintiff" or "ATHI"), for its

Complaint against Defendants Kam Ng, C&L International Trading Inc. ("C&L"), Kang Li

Complaint 1